# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JALIL ALI, o/b/o RAY L. ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-01703-NAB |
| | ) | |
| JOANN SHELTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on a complaint filed by plaintiff Jalil Ali, purportedly on behalf of Ray L. Alexander. Plaintiff has not paid the filing fee or filed a motion for leave to proceed in forma pauperis. As such, the Court will direct plaintiff to either pay the filing fee or file a motion for leave to proceed in forma pauperis within twenty-one (21) days of the date of this order. Failure to comply will result in the dismissal of this case without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the filing fee or file a motion for leave to proceed in forma pauperis within **twenty-one (21) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either pay the filing fee or file a motion for leave to proceed in forma pauperis within **twenty-one (21) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of February, 2021.